ANDREW P. MORONE, Appellant, v. JOHN A. RYAN and Another, Respondents.— Judgment and order unanimously affirmed, with costs. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. PETER MAHONEY, Alias JOHN BROWN, Appellant, v. HARRY M. KAISER, as Warden of Clinton Prison, Dannemora, New York, Respondent.— Order unanimously affirmed. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ.

JOSEPH H. HAGAMAN, as Administrator, etc., of CHARLES HAGAMAN, Deceased, Respondent, v. MCMANUS & RILEY, INC., Appellant. JOSEPH H. HAGAMAN, Respondent, v. MCMANUS & RILEY, INC., Appellant.— Judgments and orders unanimously affirmed, with costs in one action. Present — Van Kirk, P. J., Hinman, Davis, Hill and Hasbrouck, JJ.

HARRY W. HALE and Another, Respondents, v. THE STATE OF NEW YORK, Appellant.— Judgment unanimously affirmed, with costs. Present — Van Kirk, P. J., Hinman, Davis, Hill and Hasbrouck, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. FLOYD L. SCRUM, Relator, Respondent, v. WILLIAM HUNT, as Warden of Great Meadow Prison, Defendant. THE PEOPLE OF THE STATE OF NEW YORK, Appellant.— Order reversed, on the law, and relator remanded to the custody of the warden of Great Meadow Prison Comstock, N. Y., to serve out his term under the judgment of conviction, of May 7, 1929, for escape, on the authority of People ex rel. Haines v. Hunt (229 App. Div. 419). Van Kirk, P. J., Hinman, Davis, Hill and Hasbrouck, JJ., concur.

SCIENTIFIC HEATING & SALES CO., INC., Appellant, v. ELIZABETH GALLAGHER, Respondent.— Order reversed on the law and the facts, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, on the ground that the service of the summons was legal; that defendant did not overcome the presumption arising from the affidavit of service. Van Kirk, P. J., Hinman, Whitmyer, Hill and Hasbrouck, JJ., concur.

FRANK OWENS, Respondent, v. GEORGE ROBERTS, Appellant.— Judgment and order unanimously affirmed, with costs. Present — Van Kirk, P. J., Hinman, Whitmyer, Hill and Hasbrouck, JJ.

WALTER E. HUMRICHOUSE, Respondent, v. FRANK NICHOLS and Others, Appellants.— Judgment and order unanimously affirmed, with costs. Present — Van Kirk, P. J., Hinman, Whitmyer, Hill and Hasbrouck, JJ.

ESTHER ROBBINS, Respondent, v. WILLIAM E. BURDICK, Appellant.— Judgment and order reversed on the facts, on the ground that the amount of the verdict is against the weight of the evidence and excessive, and new trial granted, with costs to the appellant to abide the event, unless the plaintiff stipulates to reduce the verdict to $3,000, in which event the judgment is so modified and as modified the judgment and order are affirmed, without costs. Van Kirk, P. J., Hinman, Whitmyer, Hill and Hasbrouck, JJ., concur.